IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JORGE GALEAS MENCHU-EL, JR.,   )
                               )
            Plaintiff,         )
                               )
    v.                         )   1:23-cv-1034
                               )
JANET YELLEN,                  )
                               )
            Defendant.         )

**ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on December 12, 2023, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 2.) The Recommendation was served on Plaintiff on December 12, 2023. (Doc. 2.) Plaintiff timely filed objections to the Recommendation. (Doc. 4.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

The court has appropriately reviewed the Recommendation and Plaintiff's objections and has made a de novo determination

which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 8th day of July, 2024.

                                            /s/ William L. Osteen, Jr.
                                            United States District Judge